of Claims, denied. *Mr. J. Gilbert Hardgrove* for petitioner. *Attorney General Mitchell, Assistant Attorney General Rugg, Messrs. Claude R. Branch, Heber H. Rice,* and *Paul D. Miller* for the United States.

No. 684. RICH *v.* NU-ENAMEL PAINT CO. ET AL. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, denied. *Messrs. Ray Van Cott* and *George Sergeant* for petitioner. *Mr. John Davis* for respondents.

No. 686. KASISKA *v.* McDOUGALL, TRUSTEE IN BANKRUPTCY. April 21, 1930. Petition for writ of certiorari to the Supreme Court of Idaho denied. *Mr. T. C. Coffin* for petitioner. *Mr. W. G. Bissell* for respondent.

No. 690. CHICAGO & EASTERN ILLINOIS RY. CO. *v.* McCoy. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. H. B. Aikman* for petitioner. *Mr. Arthur H. Greenwood* for respondent.

No. 691. CULLY *v.* MITCHELL ET AL. April 21, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Chester I. Long, J. D. Houston, Peter Q. Nyce, Austin M. Cowan,* and *Thomas H. Owen* for petitioner. *Messrs. Thomas J. Flannelly, Nathan A. Gibson, Joseph L. Hull, Hunter L. Johnson,* and *C. A. Summers* for respondents.